██ MARION LAMONT, Respondent, v DAVID LAMONT, Appellant. (Action No. 3.)

 Present—Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.